

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00365-CV

Raul (Roy) **MORALES**,
Appellant

v.

Rudy **SEGURA**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 14-12-1070-CVA
Honorable David Peeples, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and we RENDER judgment declaring appellant Raul (Roy) Morales the winner of the City of Jourdanton city council election seat for which he ran.

We order that appellant Raul (Roy) Morales recover his cost of appeal, if any, from appellee Rudy Segura.

SIGNED December 16, 2015.

_____
Marialyn Barnard, Justice